## CLAYCOMB and Others *v.* COHN.

APPEAL from the *Vanderburgh* Common Pleas.

FRAZER, C. J.—This case presents essentially the same question which was decided in *Ballard et al.* v. *Wiltshire et al., ante* p. 341, and must on the authority of that case, be reversed.

The judgment is reversed, with costs, and the cause remanded, with directions to set aside all proceedings subsequent to the demurrer to the complaint, and to sustain that demurrer.

*J. M. Shackelford* and *S. R. Hornbrook*, for appellants.
*C. Denby*, for appellee.